389 A.2d 175

Commonwealth v. Miller, Appellant.

Submitted March 14, 1977. John R. Gailey, Jr., and Gailey & Fitzkee, for appellant; Sheryl Ann Dorney, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.